UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 69.14.17.11;<br><br>Defendant. | 2:23-CV-10667-TGB<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

DATED this 14th day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge